### The accounting in ROBERT J. CHRISTIE's *Estate.*

CIRCUMSTANCES of cohabitation, acknowledgment, reputation and recognition by the family, form a presumption that a connection was matrimonial, not meretricious. An administratrix charged personally with interest and expenses of compulsory accounting.

THE SURROGATE. The accounts of the administratrix, Mrs. Christie, are settled, but the question of her marriage with the intestate is raised on this settlement. This objection is made by the father and brother of the intestate, who allege that she was not the lawful wife, and claim the entire assets.

It appears that the parties lived together as husband

and wife in this city for several years. The intestate procured a policy of insurance on his life, which he left in her possession. On his death, no question of marriage was raised by his family. On the contrary, the brother joined in the petition of the widow for administration, and accepted the letters jointly with her. This shows a recognition by the family, which, added to the evidence of cohabitation, reputation and acknowlegment, makes the legal presumption that the connection was matrimonial, not meretricious. Had it been of the latter nature, opposition would naturally have been made by the father and brother, to the issuing of letters to her as the widow.

The presumption being in favor of the marriage relation, no evidence sufficient to overcome it, has, in my opinion, been given. The administratrix is entitled to her share, as widow, on a final settlement.

The present proceeding is a compulsory one. The administratrix has had this estate in her hands four years and a half. She has never brought in her accounts, voluntarily, for settlement. When ordered to account, she set up an unfounded claim to the proceeds of the life policy, which did not belong to her, but to the estate. She alleged an assignment of it to her, which she did not attempt to prove. And as she has used the funds of the estate for all this time, without charging herself with interest, I shall charge her personally with interest and with the expenses of this compulsory accounting.